**Joel GALVEZ–COVARRUBIAS, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71002.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007.*

Filed April 30, 2007.

Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Joel Galvez–Covarrubias petitions for review of an order of the Board of Immigration Appeals ("BIA") denying his third motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252 and we review for abuse of discretion. *See Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Galvez–Covarrubias's motion to reopen as untimely and number-barred. *See* 8 C.F.R. 1003.2(c)(2) (2005) (allowing a party one motion to reopen, and requiring

that motion be filed within ninety days of the agency's final order).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

